**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

August 12, 2010

Clerk, U.S. Bankruptcy Court

RE: Nicholas D. & Dianna Bellanco Sr.
    Bankruptcy Case No. 5-05-56066
    Unclaimed Funds For: Tobyhanna FCU
                      PO Box 77065
                        Madison WI 53707

Dear Clerk:

   Enclosed herewith please find check No.781454 for $774.68 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

   Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                      Very truly yours,

                                      Carol A. Kreider
                                      Funds Manager